DONTE CORNELIUS KEYES
15132 JACKSON ST
GULFPORT, MS 39501

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

CONSWALA SMITH
15132 JACKSON ST
GULFPORT, MS 39501

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD, MS 39232

CREDIT COLLECTION SERV
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

WORLD FINANCE CORP
ATTN: BANKRUPTCY
P.O.BOX 6429
GREENVILLE, SC 29606

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

LEND NATION
741 EPASS RD STE B
GULFPORT, MS 39507

ONE MAIN
PO BOX 1010
EVANSVILLE, IN 47706

PALM ISLE APARTMENTS
251 EISENHOWER DR
BILOXI, MS 39531