# PROCEEDING MEMO AND MINUTES OF THE CHAPTER 7 §341(a) MEETING

**IN RE:**
**Keyes, Donte Cornelius**

**CASE NO: 26-51588**

**APPEARANCES:**

( ) DEBTOR 1
- (✓) Required picture I.D. produced
- (✓) Required SSN verification produced
- (✓) Pay advices received

( ) DEBTOR 2 (Wife in Joint Cases)
- ( ) Required picture I.D. produced
- ( ) Required SSN verification produced
- ( ) Pay advices received

Credit counseling certificate (✓) filed ( ) not filed
Tax returns received for ____________(years) on ____________ ( ) uploaded.
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to Office of the UST.
( ) DEBTOR'S REPRESENTATIVE: ____________
( x ) ATTORNEY FOR DEBTOR(S): **THOMAS CARL ROLLINS, JR** or substitute: Perry Littlefield
( ) DEBTOR(S) APPEARED PRO SE
- ( ) YES ( ) NO – If Pro Se, did anyone assist with preparation?
- ( ) YES ( ) NO – If yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
( ) HELD; or
( ) NOT HELD; or
(X) NOT CONCLUDED AND IS CONTINUED TO THE 9th DAY OF December, 20 26 AT 9:00 O'CLOCK A.M.

( ) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. 329.

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within ten (10) days of §341(a) Meeting – Schedule ____________
( ) OTHER: ____________

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: ____________

ADDITIONAL NOTES: ____________

DATED:

G. ADAM SANFORD, TRUSTEE

Track # 2+9 or Tape #________, Side ________ Counter Start #________